UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80770-WPD (Dimitrouleas/Snow)

AGUSTIN ECHAVARRIA, *et al.*,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

vs.

AMERICAN VALET PARKING
MANAGEMENT, INC., *et al.*,

    Defendants.
_____/

**PLAINTIFFS' MOTION FOR AWARD OF EXPENSES, INCLUDING REASONABLE ATTORNEYS' FEES, INCURRED IN CONNECTION WITH NON-PARTY DEPONENT'S, JOHN KAVEKOS, FAILURE TO ATTEND DECEMBER 8, 2014 AND JANUARY 12, 2015 DEPOSITIONS**

    Plaintiffs, by and through undersigned counsel, hereby submits their motion for award of expenses, including reasonable attorneys' fees, incurred in connection with non-party deponent's, John Kavekos, failure to attend his December 8, 2014 and January 12, 2015 depositions, and as grounds therefor state as follows:

1. Pursuant to this Court's instructions at the January 14, 2015 Hearing, *see* DE 62, Plaintiffs previously submitted their verified accounting of fees and costs, along with supporting documentation, seeking an award of fees and costs in the total amount of **$2,601.00**.

2. Plaintiffs would like to clarify one aspect of this matter, as follows: Kavekos initially was served with a subpoena to appear for deposition on Tuesday, November 25, 2015. *See* return of service attached hereto as Exhibit "A". Subsequently, counsel

for Defendants requested that the deposition be rescheduled, which it was, to December 8, 2014. In this regard, Plaintiffs sent a certified letter to Kavekos in order to make him aware of the change in date. *See* letter and return receipt card attached hereto as Exhibit "B".

3. The remainder of the pertinent facts are already on record.

WHEREFORE, Plaintiffs respectfully request that this Court grant their motion and enter an order awarding Plaintiffs fees and costs in the total amount of **$2,601.00**.

Dated: January 16, 2015

Respectfully submitted,

*/s Daniel R. Levine*
DANIEL R. LEVINE, ESQ.
Fla. Bar No. 0057861
E-mail: drlevine@bennardolevine.com
Bennardo Levine, LLP
1860 NW Boca Raton Boulevard
Boca Raton, FL  33432
Telephone:   (561) 392-8074
Facsimile:    (561) 368-6478
Counsel for Plaintiffs
*Via CM/ECF*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Daniel R. Levine*
DANIEL R. LEVINE, ESQ.

## SERVICE LIST

*Agustin Echavarria, et al. v. American Valet Parking Management, Inc., et al.*
Case No. 9:14-cv-80770-WPD (Dimitrouleas/Snow)
United States District Court, Southern District of Florida

| Daniel R. Levine, Esquire<br>E-Mail:  drlevine@bennardolevine.com<br>Bennardo Levine LLP<br>1860 NW Boca Raton Blvd.<br>Boca Raton, FL  33432<br>Telephone:  (561) 392-8074<br>Facsimile:  (561) 368-6478<br>Counsel for Plaintiffs<br>*Via CM/ECF* | Gary W. Kovacs, Esquire<br>E-Mail:  gkovacs@fwblaw.net<br>Frank Weinberg Black<br>1875 NW Corporate Blvd., Suite 100<br>Boca Raton, FL  33431<br>Telephone:  (561) 989-0700<br>Facsimile:  (954) 474-9850<br>Counsel for Defendants<br>*Via CM/ECF* |