UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80770-WPD

AGUSTIN ECHAVARRIA, *et al.,*
on behalf of themselves and all others
similarly situated,

      Plaintiffs,

vs.

AMERICAN VALET PARKING MANAGEMENT, *et al.,*

      Defendants.
_____/

## ORDER REFERRING MOTION TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Court **REFERS** Plaintiffs' Motion for Award of Expenses, Including Reasonable Attorneys' Fees, Incurred in Connection with Non-Party Deponent's, John Kavekos, Failure to Attend December 8, 2014 and January 12, 2015 [DE 65] to United States Magistrate Judge Lurana S. Snow for appropriate disposition or report and recommendation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of January 2015.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Magistrate Judge Lurana S. Snow