UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80770-WPD (Dimitrouleas/Snow)

AGUSTIN ECHAVARRIA, *et al.*,
on behalf of themselves and all
others similarly situated,

    Plaintiffs,

vs.

AMERICAN VALET PARKING
MANAGEMENT, INC., et al.,

    Defendants.
_____/

## AFFIDAVIT OF DANIEL R. LEVINE

STATE OF FLORIDA    )
    )
COUNTY OF PALM BEACH    )

BEFORE ME, the undersigned authority, on this date personally appeared DANIEL R. LEVINE, who, after first being duly sworn deposes and says:

1. I have been licensed to practice law in the State of Florida since 1995.

2. Since, 2002 I have been designated by the Florida Bar as a Board Certified Specialist in Labor and Employment Law.

3. I am a founding and name partner in the Boca Raton law firm of Bennardo Levine LLP. My practice is exclusively devoted to the area of labor and employment law, concentrating on the representation of individuals and businesses before federal and state courts, as well as governmental administrative agencies, in connection with the defense of claims involving wage and hour violations, such as unpaid overtime compensation and minimum wages; discrimination on the basis of race, national origin, religion, gender, including pregnancy and sexual harassment, age, and disability; retaliation; the Family and Medical Leave Act; whistle-blowing

EXHIBIT "A"

violations; unfair competition, non-compete agreements and trade secret violations; and employment contract/severance agreements. I also provide services related to general labor and human resource counseling; human resource audits; drafting and/or review of employee handbooks, personnel policy manuals and job classification descriptions; drafting and/or review of employment and independent contractor agreements; sexual harassment and EEO training; and severance package negotiations. Approximately eighty percent (80%) of my practice at the current time is devoted to the prosecution and defense of wage and hour cases arising under the Fair Labor Standards Act and otherwise.

4.    I am admitted to practice law in the United States Supreme Court, the United States Court of Appeals, Eleventh Circuit, and the United States District Court, Southern and Middle Districts of Florida.

5.    I received my B.A. degree in 1992 from the University of Florida, and my J.D. *cum laude* in 1995 from the University of Miami School of Law. At the University of Miami School of Law, my core curriculum centered around labor and employment law, including courses in traditional labor law, employment discrimination, employment law, ERISA and civil rights.

6.    I have been exclusively practicing labor and employment law since 1995. I also have served as an adjunct professor for Florida International University in connection with a program it sponsored in the area of human resources certification and training. Last year, I served as an adjunct professor at Lynn University, teaching a masters level (grad) course in human resources, with a major focus on wage and hour issues.

7.    Since 2004, I also have been certified by the Florida Supreme Court as a Circuit Civil Mediator and have mediated numerous labor and employment disputes, including those involving wage and hour litigation. I also am certified in this District as a federal court certified

2

EXHIBIT "A"

mediator.

8. I am a member in good standing of the Florida Bar, Labor and Employment Law section. I have previously served as a member of the Executive Council of the Florida Bar, Labor and Employment Law Section. I appeared as a guest speaker for three years at the annual Labor and Employment Law Certification Review Seminar. I also have spoken at several CLE labor and employment law seminars.

9. Additionally, I have served as President of the Federal Bar Association, Broward County Chapter, and currently on the Executive Committee of that organization.

10. I was named a "Top Lawyer" in the 2012-15 South Florida Legal Guide, having been previously recognized as a "Top Up and Comer" from 2008 to 2011. Additionally, I have been recognized as a "Super Lawyer" in the 2011-15 Florida Super Lawyers magazine.

11. A true and correct copy of my *curriculum vitae* is attached hereto.

12. As lead counsel in the above-captioned litigation, I was responsible for all of the work ultimately performed in the case.

13. Attached hereto is a ledger of the fees in this matter specifically incurred with respect to Plaintiffs' efforts to compel compliance with Court Orders [DE 52 and 82].

14. My normal and customary hourly rate is $425.00 per hour. I am familiar with cases of this type and magnitude, and am also familiar with the customary and reasonable rates charged in the South Florida labor community for attorneys of our expertise and experience. I believe that $425.00 per hour is eminently reasonable for attorneys like me with my experience, education, expertise, and credentials.

15. I have carefully reviewed all of the billing records in the above-captioned matter for attorney time. In my professional opinion as an experienced attorney in this field, all of the

EXHIBIT "A"

work performed by me was necessary and reasonable in the litigation of this cause, specifically incurred with respect to Plaintiffs' efforts to compel compliance with Court Orders [DE 52 and 82].

16.     Time records were kept in this matter meticulously by me. Upon rendition of a particular service, I entered my time directly into Timeslips, the computer billing program. The program keeps track of this information and generates monthly reports, which are then transformed into billing statements. The information on the billing statements is double checked by me prior to being sent to the client as the final billing statement. Attached to this Affidavit is a recap of all time entries. The hours total 20.2 such that the total amount of fees reasonably incurred in this matter, with respect to Plaintiffs' efforts to compel compliance with Court Orders [DE 52 and 82] as reflected by the attached recap, is $8,585.00.[1]

Further Affiant Sayeth Naught.

_____
DANIEL R. LEVINE

SWORN TO AND SUBSCRIBED before me this 29th day of May, 2015 by Daniel R. Levine who is personally known to me.

_____
NOTARY PUBLIC

STATE OF FLORIDA

MY COMMISSION EXPIRES:



ALICIA KENDRICK
MY COMMISSION # EE829502
EXPIRES: August 25, 2016

---

[1]     This does not include the approximate 1.5 hours spent drafting the instant motion and affidavit.

4

EXHIBIT "A"

Page     6

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 12/2/2014 | DRL | Review/analyze order granting notification | 0.50<br>425.00/hr | 212.50 |
| | DRL | email communication with opposing counsel regarding: notice revisions; revise same to comply with court's order | 0.30<br>425.00/hr | 127.50 |
| | DRL | Review/analyze order approving form of notice | 0.20<br>425.00/hr | 85.00 |
| | | ...... (to notice) | 0.20<br>425.00/hr | 85.00 |
| 1/5/2015 | DRL | Draft/revise motion to compel compliance with order regarding names | 0.50<br>425.00/hr | 212.50 |
| | DRL | Review/analyze order referring motion to compel compliance to magistrate | 0.20<br>425.00/hr | 85.00 |

EXHIBIT "A"

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/27/2015 | DRL | Draft/revise notices and consent for mailing | 425.00/hr | |
| 2/5/2015 | DRL | letter to opposing counsel regarding: incorrect/omitted names | 0.20<br>425.00/hr | 85.00 |
| | | | 425.00/hr | |
| | DRL | Draft/revise motion to compel compliance | 0.50<br>425.00/hr | 212.50 |
| 2/24/2015 | DRL | Draft/revise motion to remail notices/consents | 2.50<br>425.00/hr | 1,062.50 |
| | DRL | Review/analyze order granting motion to compel compliance regarding: list | 0.20<br>425.00/hr | 85.00 |
| 3/2/2015 | DRL | Review/analyze answers to amended complaint by all defendant | 0.50<br>425.00/hr | 212.50 |

| Date | | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 3/5/2015 | DRL | Review/analyze letter from opposing counsel regarding names, addresses, depo dates; email communication response thereto | 0.20 425.00/hr | 85.00 |
| | DRL | Review/analyze letter from opposing counsel regarding additional names | 0.20 425.00/hr | 85.00 |
| 3/6/2015 | DRL | Draft/revise motion for entry of order to show cause regarding names and addresses | 1.30 425.00/hr | 552.50 |
| 3/9/2015 | DRL | Review/analyze Affidavit of Paul Rodgers | 0.20 425.00/hr | 85.00 |
| | DRL | Review/analyze notice of Defendants and affidavit of Rodgers | 0.20 425.00/hr | 85.00 |
| | DRL | Review/analyze order regarding affidavit of Rodgers and whether any further issues are present | 0.20 425.00/hr | 85.00 |
| | DRL | email communication to opposing counsel regarding corporate records used by Rodgers | 0.20 425.00/hr | 85.00 |
| 3/25/2015 | DRL | Review/analyze Order granting enlargement regarding order on list compliance issues | 0.20 425.00/hr | 85.00 |
| 3/27/2015 | DRL | Draft/revise notice of remaining issues regarding list | 0.80 425.00/hr | 340.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/3/2015 | DRL | Review/analyze notice of hearing - order to show cause regarding list of names | 0.20 425.00/hr | 85.00 |
| 4/14/2015 | DRL | attend show cause hearing on list of names; travel to and from FTL | 2.50 425.00/hr | 1,062.50 |
| | DRL | Review/analyze order on show cause list of names | 0.20 425.00/hr | 85.00 |
| | DRL | Draft/revise motion for sanctions | 0.50 425.00/hr | 212.50 |

EXHIBIT "A"

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 4/23/2015 | DRL | Review/analyze expedited order on names, response by defendants to same; draft reply supporting initial motion | 1.30 425.00/hr | 552.50 |
| | DRL | Review/analyze order granting, in part, motion for sanctions | 0.20 425.00/hr | 85.00 |
| 4/27/2015 | DRL | emails with opposing counsel regarding compliance with court order | 0.20 425.00/hr | 85.00 |
| 4/28/2015 | DRL | Review/analyze motion filed by opposing counsel regarding: posting of notice at country clubs; emails with opposing counsel regarding same; emails with country club contacts regarding same; review of order denying motion initially for failure to confer; email communication with Larry Corman, Esq. regarding: Boca West will comply | 1.00 425.00/hr | 425.00 |
| | DRL | Review/analyze order requiring a response regarding: posting notice | 0.20 425.00/hr | 85.00 |
| 5/1/2015 | DRL | further emails to clubs regarding posting; to opposing counsel as well regarding same | 0.20 425.00/hr | 85.00 |
| | DRL | Review/analyze signed receipts | 0.20 425.00/hr | 85.00 |

EXHIBIT "A"

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/4/2015 | DRL | Review/analyze order denying as moot extension for clubs to post notices | 0.20<br>425.00/hr | 85.00 |
| | DRL | Review/analyze order regarding sanctions and writ of sequestration | 0.20<br>425.00/hr | 85.00 |
| 5/11/2015 | DRL | Draft/revise motion to compel compliance with court order, motion for additional discovery period, response to motion to strike depos; review motion to strike depos | 2.50<br>425.00/hr | 1,062.50 |
| | DRL | Review/analyze order requiring response as to amended motion to compel compliance | 0.20<br>425.00/hr | 85.00 |

425.00/hr

EXHIBIT "A"

| | | | | |
|---|---|---|---|---|
| | DRL | Review/analyze response to amended motion to compel compliance | 0.20<br>425.00/hr | 85.00 |
| | DRL | Draft reply memo in support of amended motion to compel compliance | 0.60<br>425.00/hr | 255.00 |
| 5/20/2015 | DRL | Review/analyze order granting motion for sanctions | 0.20<br>425.00/hr | 85.00 |

EXHIBIT "A"