UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80770-WPD (Dimitrouleas/Snow)

AGUSTIN ECHAVARRIA, *et al.*,
on behalf of themselves and all
others similarly situated,

    Plaintiffs,

vs.

AMERICAN VALET PARKING
MANAGEMENT, INC., et al.,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
PURSUANT TO COURT'S MAY 20, 2015 ORDER GRANTING BY
DEFAULT PLAINTIFFS' MOTION FOR SANCTIONS BASED ON
DEFENDANTS' CONTINUED MALFEASANCE IN CONNECTION WITH
THEIR FAILURE TO COMPLY WITH COURT ORDERS**

    **THIS CAUSE** is before the Court upon Plaintiffs' motion for attorneys' fees pusuant to Court's May 20, 2015 order granting by default Plaintiffs' motion for sanctions based on Defendants' continued malfeasance in connection with their failure to comply with court orders, and the Court having reviewed the motion and the file in this cause, and being otherwise fully advised in the premises, it is hereby

    **ORDERED AND ADJUDGED** that Plaintiffs' motion for sanctions based on Defendants' continued malfeasance in connection with their failure to comply with court orders, and the Court having reviewed the motion and the file in this cause is **GRANTED** as follows: _____

_____

_____

_____

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___ day of _____, 2015.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record