UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80770-CIV-DIMITORULEAS

AGUSTIN ECHAVARRIA, et al.

    Plaintiffs,

v.

AMERICAN VALET PARKING MANAGEMENT, INC.,
a Florida corporation, d/b/a Florida Valet Parking Services, et al.

    Defendants.
_____/

### ORDER REFERRING MOTION TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Court **REFERS** Plaintiffs' Motion for Attorneys' Fees Pursuant to Court's May 20, 2015 Order Granting by Default Plaintiffs' Motion for Sanctions Based on Defendants' Continued Malfeasance in Connection with Their Failure to Comply with Court Orders, filed herein on June 2, 2015 (DE 172) to United States Magistrate Judge Lurana S. Snow for appropriate disposition or report and recommendation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of June 2015.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

U.S. Magistrate Judge Lurana S. Snow