UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80770-CIV-DIMITROULEAS/Snow

AGUSTIN ECHAVARRIA, *et al.*,

        Plaintiffs,

v.

AMERICAN VALET PARKING MANAGEMENT,
INC., *et al.*,

        Defendants.

_____/

## ORDER

THIS CAUSE is before the Court on the Defendants' Motion for Extension of Time to Respond to Plaintiffs' Motion for Attorneys' Fees Pursuant to Court's May 20, 2015 Order Granting by Default Plaintiffs' Motion for Sanctions Based on Defendants' Continued Malfeasance in Connection with Their Failure to Comply with Court Orders (ECF No. 183) which was referred to Lurana S. Snow, United States Magistrate Judge. The motion is unopposed. Being fully advised, it is hereby

ORDERED AND ADJUDGED that Defendants' motion for extension of time (ECf No. 183) is GRANTED. The Defendants shall, on or before June 24, 2015, file their response to Plaintiffs' motion for attorneys' fees.

DONE AND ORDERED at Fort Lauderdale, Florida, this 22nd day of June, 2015.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties