UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80770-WPD (Dimitrouleas/Snow)

AGUSTIN ECHAVARRIA, *et al.*,
on behalf of themselves and all
others similarly situated,

    Plaintiffs,

vs.

AMERICAN VALET PARKING
MANAGEMENT, INC., et al.,

    Defendants.
_____/

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES PURSUANT TO COURT'S JULY 30, 2015 OMNIBUS ORDER [DE 219]

Plaintiffs, AUGUSTIN ECHAVARRIA *et al.*, on behalf of themselves and all others similarly situated, by and through undersigned counsel, pursuant to this Court's July 30, 2015 Omnibus Order [DE 219], hereby file their motion for attorneys' fees, as to amount:

1.    As attested to by Plaintiffs' undersigned counsel, Daniel R. Levine, Esq., Plaintiffs reasonably incurred 35.1 hours at counsel's normal and customary (and reasonable) rate of $425.00. This includes a reduction of 2.9 hours after exercising billing judgment. Additionally, for purposes of this motion, Plaintiffs seek a rate of $375.00, in line with this Court's July 1, 2015 Report and Recommendation [DE 194], for a total of $13,162.50 in attorneys' fees and $3,472.45 in costs with respect to Plaintiffs' efforts to obtain time records. *See* Exhibit "A" attached hereto.

2.    Plaintiffs' counsel attempted to engage in dialogue with Defendants' counsel, through email as well as telephonically, in a good faith effort to resolve the amount sought without the Court's intervention. As of the time of filing this motion, Defendants' counsel has failed to respond.

3. At the heart of the reasonable hours concept is the guidance from the United States Supreme Court requiring fee applicants to use "billing judgment" in the listing of the hours spent on a case, making "a good faith effort to exclude from a fee request hours that are excessive, redundant, or otherwise unnecessary," *Lane*, 554 F. Supp. 2d at 1349, citing *Hensley v. Eckerhart*, 461 U.S. 424, 434 (1983), "irrespective of the skill, reputation or experience of counsel," *Lane*, 554 F. Supp. 2d at 1349, citing *Norman v. Housing Auth.*, 836 F.2d at 1301 (citing *Hensley*, 461 U.S. at 434). Once the prevailing market rate is determined, it is then multiplied by the number of reasonable hours expended on the matter. *Lane*, 554 F. Supp. 2d at 1349, citing *Norman v. Housing Auth.*, 836 F.2d at 1299.

4. Plaintiffs' counsel has reduced the time associated with any time entries that did not *solely* have to do with Plaintiffs' efforts to obtain time records.

5. Inasmuch as this Court found that **_all_** of the Defendants engaged in the spoliation of evidence, resulting in the adverse inference jury instruction sanction, the fees and costs requested must be awarded against **_all_** of the Defendants, jointly and severally.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant their motion, enter an order in accordance therewith, and take such other and further action as it deems just and proper.

Dated:  August 4, 2015                    Respectfully submitted,

*/s Daniel R. Levine*
DANIEL R. LEVINE, ESQ.
Fla. Bar No. 0057861
E-mail: drlevine@bennardolevine.com
Bennardo Levine, LLP
1860 NW Boca Raton Boulevard
Boca Raton, FL  33432
Telephone:  (561) 392-8074
Facsimile:   (561) 368-6478
Counsel for Plaintiffs
*Via CM/ECF*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Daniel R. Levine*
DANIEL R. LEVINE, ESQ.

## SERVICE LIST

*Agustin Echavarria, et al. v. American Valet Parking Management, Inc., et al.*
Case No. 9:14-cv-80770-WPD (Dimitrouleas/Snow)
United States District Court, Southern District of Florida

| | |
|---|---|
| Daniel R. Levine, Esquire<br>E-Mail:  drlevine@bennardolevine.com<br>Bennardo Levine LLP<br>1860 NW Boca Raton Blvd.<br>Boca Raton, FL  33432<br>Telephone:   (561) 392-8074<br>Facsimile:    (561) 368-6478<br>Counsel for Plaintiffs<br>*Via CM/ECF* | Gary W. Kovacs, Esquire<br>E-Mail:  gkovacs@fwblaw.net<br>Frank Weinberg Black<br>1875 NW Corporate Blvd., Suite 100<br>Boca Raton, FL  33431<br>Telephone:   (561) 989-0700<br>Facsimile:    (954) 474-9850<br>Counsel for Defendants<br>*Via CM/ECF* |