UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80770-WPD (Dimitrouleas/Snow)

AGUSTIN ECHAVARRIA, *et al.*,
on behalf of themselves and all
others similarly situated,

    Plaintiffs,

vs.

AMERICAN VALET PARKING
MANAGEMENT, INC., et al.,

    Defendants.
_____/

### AFFIDAVIT OF DANIEL R. LEVINE

STATE OF FLORIDA    )
    )
COUNTY OF PALM BEACH    )

    BEFORE ME, the undersigned authority, on this date personally appeared DANIEL R. LEVINE, who, after first being duly sworn deposes and says:

    1.    I have been licensed to practice law in the State of Florida since 1995.

    2.    Since, 2002 I have been designated by the Florida Bar as a Board Certified Specialist in Labor and Employment Law.

    3.    I am a founding and name partner in the Boca Raton law firm of Bennardo Levine LLP. My practice is exclusively devoted to the area of labor and employment law, concentrating on the representation of individuals and businesses before federal and state courts, as well as governmental administrative agencies, in connection with the defense of claims involving wage and hour violations, such as unpaid overtime compensation and

EXHIBIT "A"

minimum wages; discrimination on the basis of race, national origin, religion, gender, including pregnancy and sexual harassment, age, and disability; retaliation; the Family and Medical Leave Act; whistle-blowing violations; unfair competition, non-compete agreements and trade secret violations; and employment contract/severance agreements. I also provide services related to general labor and human resource counseling; human resource audits; drafting and/or review of employee handbooks, personnel policy manuals and job classification descriptions; drafting and/or review of employment and independent contractor agreements; sexual harassment and EEO training; and severance package negotiations. Approximately eighty percent (80%) of my practice at the current time is devoted to the prosecution and defense of wage and hour cases arising under the Fair Labor Standards Act and otherwise.

4. I am admitted to practice law in the United States Supreme Court, the United States Court of Appeals, Eleventh Circuit, and the United States District Court, Southern and Middle Districts of Florida.

5. I received my B.A. degree in 1992 from the University of Florida, and my J.D. *cum laude* in 1995 from the University of Miami School of Law. At the University of Miami School of Law, my core curriculum centered around labor and employment law, including courses in traditional labor law, employment discrimination, employment law, ERISA and civil rights.

6. I have been exclusively practicing labor and employment law since 1995. I also have served as an adjunct professor for Florida International University in connection with a program it sponsored in the area of human resources certification and training. Last year, I served as an adjunct professor at Lynn University, teaching a masters level (grad) course in

2

EXHIBIT "A"

human resources, with a major focus on wage and hour issues.

7. Since 2004, I also have been certified by the Florida Supreme Court as a Circuit Civil Mediator and have mediated numerous labor and employment disputes, including those involving wage and hour litigation. I also am certified in this District as a federal court certified mediator.

8. I am a member in good standing of the Florida Bar, Labor and Employment Law section. I have previously served as a member of the Executive Council of the Florida Bar, Labor and Employment Law Section. I appeared as a guest speaker for three years at the annual Labor and Employment Law Certification Review Seminar. I also have spoken at several CLE labor and employment law seminars.

9. Additionally, I have served as President of the Federal Bar Association, Broward County Chapter, and currently on the Executive Committee of that organization.

10. I was named a "Top Lawyer" in the 2012-15 South Florida Legal Guide, having been previously recognized as a "Top Up and Comer" from 2008 to 2011. Additionally, I have been recognized as a "Super Lawyer" in the 2011-15 Florida Super Lawyers magazine.

11. A true and correct copy of my *curriculum vitae* is attached hereto.

12. As lead counsel in the above-captioned litigation, I was responsible for all of the work ultimately performed in the case.

13. Attached hereto is a ledger of the fees in this matter specifically incurred with respect to Plaintiffs' efforts to obtain time records in this case.

14. My normal and customary hourly rate is $425.00 per hour. I am familiar with cases of this type and magnitude, and am also familiar with the customary and reasonable

EXHIBIT "A"

rates charged in the South Florida labor community for attorneys of our expertise and experience. I believe that $425.00 per hour is eminently reasonable for attorneys like me with my experience, education, expertise, and credentials. However, for purposes of the instant motion, I accept the reasonable hourly rate of $375.00 on which this Court previously based its order of attorneys' fees.

15. I have carefully reviewed all of the billing records in the above-captioned matter for attorney time. In my professional opinion as an experienced attorney in this field, all of the work performed by me was necessary and reasonable in the litigation of this cause, specifically incurred with respect to Plaintiffs' efforts to obtain time records.

16. Time records were kept in this matter meticulously by me. Upon rendition of a particular service, I entered my time directly into Timeslips, the computer billing program. The program keeps track of this information and generates monthly reports, which are then transformed into billing statements. The information on the billing statements is double checked by me prior to being sent to the client as the final billing statement. Attached to this Affidavit is a recap of all time entries. The hours total 35.1, after reduced the time associated with any time entries that did not *solely* have to do with Plaintiffs' efforts to obtain time records, such that the total amount of fees reasonably incurred in this matter, with respect to Plaintiffs' efforts to obtain time records as reflected by the attached recap, is $13,162.50.[1]

17. Additionally, costs in the total amount of $3,472.45 were incurred as a result of Plaintiffs' efforts to obtain time records, which includes process server and court reporter

---

[1] This does not include the approximate .5 hours spent drafting the instant motion and affidavit.

EXHIBIT "A"

fees associated with the depositions of Reynoso, Rodgers and the country club corporate representatives, deposition transcript fees associated with the depositions of Reynoso and Rodgers, and copying costs charged by Boca West Country Club.

Further Affiant Sayeth Naught.

_____
DANIEL R. LEVINE

SWORN TO AND SUBSCRIBED before me this 4th day of August, 2015 by Daniel R. Levine, who is personally known to me.

_____
NOTARY PUBLIC
STATE OF FLORIDA

My Commission Expires:



ALICIA KENDRICK
MY COMMISSION # EE829502
EXPIRES: August 25, 2016

5

EXHIBIT "A"

| 8/3/2015 | Bennardo Levine, LLP | |
|---|---|---|
| 2:18 PM | Slip Listing | Page 1 |

### Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Slip.Selection | Include: 4812; 5088; 5134; 5144; 5298; 5316; 5373; 5393; 5462; 5474; 5479; 5490; 5501; 5512; 5513; 5560; 5562; 5600; 5602; 5719; 5756; 5769; 5771; 5801; 5805; 5810; 5816; 5823; 5834; 5895; 5897; 5910; 5930; 5953; 5959; 5975; 5976; 5977; 5978; 6065; 6073; 6095; 6096; 6097; 6098 |

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| TIME<br>2/24/2015<br>WIP<br>Draft/revise request for production directed to each defendant | DRL<br>Draft/revise<br>Echevarria et al. | 2.00<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 850.00 |
| TIME<br>4/1/2015<br>WIP<br>email communication to opposing counsel regarding settlement, overdue discovery | DRL<br>Correspondence<br>Echevarria et al. | 0.20<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 85.00 |
| TIME<br>4/4/2015<br>WIP<br>Draft/revise 3rd re-notice of depo - Bellinato; email communication to opposing counsel regarding same and inspection of records | DRL<br>Draft/revise<br>Echevarria et al. | 0.20<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 85.00 |
| TIME<br>4/6/2015<br>WIP<br>Review/analyze responses to request for production (initial review) | DRL<br>Review/analyze<br>Echevarria et al. | 0.50<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 212.50 |
| TIME<br>4/22/2015<br>WIP<br>Draft/revise motion to compel | DRL<br>Draft/revise<br>Echevarria et al. | 0.50<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 212.50 |
| TIME<br>4/23/2015<br>WIP<br>Review/analyze expedited order motion to compel production of documents | DRL<br>Review/analyze<br>Echevarria et al. | 0.20<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 85.00 |

EXHIBIT "A"

| 8/3/2015 | Bennardo Levine, LLP | | |
|---|---|---|---|
| 2:18 PM | Slip Listing | Page | 2 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| TIME<br>4/30/2015<br>WIP<br>Review/analyze defendants' response to motion to compel and draft reply thereto | DRL<br>Review/analyze<br>Echevarria et al. | 0.60<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 255.00 |
| TIME<br>5/4/2015<br>WIP<br>Review/analyze order denying as moot motion to compel | DRL<br>Review/analyze<br>Echevarria et al. | 0.20<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 85.00 |
| TIME<br>5/11/2015<br>WIP<br>Draft/revise motion to compel compliance with court order, motion for additional discovery period, response to motion to strike depos; review motion to strike depos | DRL<br>Draft/revise<br>Echevarria et al. | 2.50 [handwritten: 1.3]<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 1062.50 |
| TIME<br>5/15/2015<br>WIP<br>Review/analyze order denying motion to compel | DRL<br>Review/analyze<br>Echevarria et al. | 0.20<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 85.00 |
| TIME<br>5/15/2015<br>WIP<br>Review/analyze order requiring response as to amended motion to compel compliance | DRL<br>Review/analyze<br>Echevarria et al. | 0.20<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 85.00 |
| TIME<br>5/15/2015<br>WIP<br>Review/analyze records produced by Ballen Isles | DRL<br>Review/analyze<br>Echevarria et al. | 0.30<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 127.50 |
| TIME<br>5/19/2015<br>WIP<br>Draft/revise notice of filing - time records rec'd from Ballen Isles | DRL<br>Draft/revise<br>Echevarria et al. | 1.40<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 595.00 |
| TIME<br>5/19/2015<br>WIP<br>Review/analyze response to amended motion to compel compliance | DRL<br>Review/analyze<br>Echevarria et al. | 0.20<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 85.00 |

EXHIBIT "A"

| 8/3/2015  | Bennardo Levine, LLP |       |
|-----------|----------------------|-------|
| 2:18 PM   | Slip Listing         | Page 3 |

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| | TIME | DRL | 0.60 | 425.00 | 255.00 |
| 5/19/2015 | | Draft/revise | 0.00 | T@1 | |
| WIP | | Echevarria et al. | 0.00 | | |
| Draft reply memo in support of amended motion to compel compliance | | | 0.00 | | |
| | TIME | DRL | 0.20 | 425.00 | 85.00 |
| 5/26/2015 | | Review/analyze | 0.00 | T@1 | |
| WIP | | Echevarria et al. | 0.00 | | |
| Review/analyze notice of hearing - motion to compel | | | 0.00 | | |
| | EXP | AK | 1 | 400.00 | 400.00 |
| 5/27/2015 | | Service Fee | | | |
| WIP | | Echevarria et al. | | | |
| We Serve Process - service of deposition subpoenas upon Susan Kavekos, BallenIsles Country Club, Frenchman's Reserve Country Club, Paul Rodgers, Boca West Country Club, Boca Grove Golf and Tennis Club, Boca Woods Country Club, Addison Reserve Country Club, Gleneagles Country Club, and Hunter's Run Golf and Raquet Club | | | | | |
| | TIME | DRL | 0.20 | 425.00 | 85.00 |
| 5/29/2015 | | Review/analyze | 0.00 | T@1 | |
| WIP | | Echevarria et al. | 0.00 | | |
| Review/analyze order re-setting hearing on motion to compel | | | 0.00 | | |
| | TIME | DRL | 0.30 | 425.00 | 127.50 |
| 5/29/2015 | | Draft/revise | 0.00 | T@1 | |
| WIP | | Echevarria et al. | 0.00 | | |
| Draft/revise notices of depo and subpoenas for country clubs, etc. | | | 0.00 | | |
| | TIME | DRL | 0.20 | 425.00 | 85.00 |
| 6/11/2015 | | Phone Opp Atty | 0.00 | T@1 | |
| WIP | | Echevarria et al. | 0.00 | | |
| call with Sally Still (counsel for Boca Woods) | | | 0.00 | | |
| | TIME | DRL | 3.00 2.5 | 425.00 | 1275.00 |
| 6/18/2015 | | Appear for/attend | 0.00 | T@1 | |
| WIP | | Echevarria et al. | 0.00 | | |
| attend hearing on motion to freeze assets and to compel compliance; travel to and from FTL | | | 0.00 | | |

EXHIBIT "A"

| 8/3/2015 | Bennardo Levine, LLP | | | |
| 2:18 PM | Slip Listing | | Page | 4 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| TIME<br>6/18/2015<br>WIP<br>attend depos of Hunter's Run and Ballen Isles | DRL<br>Appear for/attend<br>Echevarria et al. | 1.50<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 637.50 |
| TIME<br>6/18/2015<br>WIP<br>Review/Analyze order deferring ruling on amended motion to compel compliance | DRL<br>Review/analyze<br>Echevarria et al. | 0.20<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 85.00 |
| TIME<br>6/23/2015<br>WIP<br>attend depo of Rodgers; prepare for same beforehand | DRL<br>Appear for/attend<br>Echevarria et al. | 2.80<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 1190.00 |
| TIME<br>6/23/2015<br>WIP<br>attend depo of Reynoso and prepare for same | DRL<br>Appear for/attend<br>Echevarria et al. | 2.30<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 977.50 |
| TIME<br>6/23/2015<br>WIP<br>Review/analyze affidavit regarding: records | DRL<br>Review/analyze<br>Echevarria et al. | 0.20<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 85.00 |
| TIME<br>6/24/2015<br>WIP<br>Review/analyze order granting in part motion for enlargement regarding Bellinato's affidavit | DRL<br>Review/analyze<br>Echevarria et al. | 0.20<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 85.00 |
| TIME<br>6/26/2015<br>WIP<br>Review/analyze Bellinato affidavit | DRL<br>Review/analyze<br>Echevarria et al. | 0.20<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 85.00 |
| TIME<br>6/29/2015<br>WIP<br>attend depo of Boca Woods; review of docs produced | DRL<br>Appear for/attend<br>Echevarria et al. | 1.00<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 425.00 |
| EXP<br>7/6/2015<br>WIP<br>We Serve Process - service of deposition supboenas upon Frenchman's Reserve Country | AK<br>Service Fee<br>Echevarria et al. | 1 | 160.00 | 160.00 |

EXHIBIT "A"

| 8/3/2015 | Bennardo Levine, LLP | | | |
| 2:18 PM | Slip Listing | | Page | 5 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Club, Hunter's Run, Boca Grove and Boca Woods. | | | | |
| EXP<br>7/6/2015<br>WIP<br>Veritext Florida - fee for court reporter attendance at 6/18/2015 depositions of Creon Smith (BallenIsles) and David Krzywonos (Hunter's Run). | AK<br>Transcript<br>Echevarria et al. | 1 | 185.00 | 185.00 |
| TIME<br>7/8/2015<br>WIP<br>Review/analyze notice of hearing on supplement to amended motion to compel compliance | DRL<br>Review/analyze<br>Echevarria et al. | 0.20<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 85.00 |
| TIME<br>7/13/2015<br>WIP<br>Review/analyze order granting motion to continue hearing | DRL<br>Review/analyze<br>Echevarria et al. | 0.20<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 85.00 |
| TIME<br>7/16/2015<br>WIP<br>Review/analyze notice of hearing on amended motion to compel, supplement, motion to strike pleadings of Park US | DRL<br>Review/analyze<br>Echevarria et al. | 0.20<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 85.00 |
| EXP<br>6/29/2015<br>WIP<br>Esquire Deposition Solutions - fee for court reporter appearance at 6/29/2015 depo of Guy McGaughey (Corp Rep of Boca Woods) | AK<br>Other<br>Echevarria et al. | 1 | 127.00 | 127.00 |
| EXP<br>7/23/2015<br>WIP<br>Veritext Florida Reporting - court reporter attendance fees for attendance at 6/18/15 depositions of Creon Smith (Corp Rep / BallenIsles) and David Krzywonos (Corp Rep / Hunter's Run) | DRL<br>Deposition/DEP<br>Echevarria et al. | 1 | 185.00 | 185.00 |
| EXP<br>7/23/2015<br>WIP<br>Veritext Florida Reporting - court reporter attendance fees for attendance at 6/19/15 deposition of Matthew Linderman (Corp Rep - | DRL<br>Deposition/DEP<br>Echevarria et al. | 1 | 150.00 | 150.00 |

EXHIBIT "A"

| 8/3/2015 | Bennardo Levine, LLP | | |
|---|---|---|---|
| 2:18 PM | Slip Listing | | Page    6 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Addison Reserve) | | | | |
| EXP<br>7/23/2015<br>WIP<br>Veritext Florida Reporting - transcripts of 6/23/15 depositions of Javier Reynoso and Paul Rodgers. | DRL<br>Deposition/DEP<br>Echevarria et al. | 1 | 892.55 | 892.55 |
| EXP<br>7/23/2015<br>WIP<br>Veritext Florida Reporting - transcript of 4/9/15 deposition of John Bellinato. | DRL<br>Deposition/DEP<br>Echevarria et al. | 1 | 270.00 | 270.00 |
| TIME<br>7/29/2015<br>WIP<br>Attend hearing on motion to compel compliance and for sanctions regarding time records and motion to strike pleadings of Park US Mgmt.; travel to and from FTL courthouse; prepare for hearing | DRL<br>Appear for/attend<br>Echevarria et al. | 3.50  2.5<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 1487.50 |
| TIME<br>7/31/2015<br>WIP<br>Review/analyze order on spoliation | DRL<br>Review/analyze<br>Echevarria et al. | 0.30<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 127.50 |
| TIME<br>7/2/2015<br>WIP<br>Draft/revise supplement regarding motion to compel compliance; review of deposition transcripts of Rodgers and Reynoso. | DRL<br>Draft/revise<br>Echevarria et al. | 3.50<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 1487.50 |
| EXP<br>6/29/2015<br>WIP<br>Boca West Country Club, Inc. - copy costs re Boca West's compliance with subpoena duces tecum to produce records at 6/29/2015 deposition. | AK<br>Copying<br>Echevarria et al. | 1 | 1102.90 | 1102.90 |
| TIME<br>7/25/2015<br>WIP<br>Review/analyze time records produced by clubs. | DRL<br>Review/analyze<br>Echevarria et al. | 4.00<br>0.00<br>0.00<br>0.00 | 425.00<br>T@1 | 1700.00 |

EXHIBIT "A"

| 8/3/2015 | Bennardo Levine, LLP | | | |
|---|---|---|---|---|
| 2:18 PM | Slip Listing | | | Page    7 |

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| TIME | DRL | 4.00 | 425.00 | 1700.00 |
| 7/26/2015 | Review/analyze | 0.00 | T@1 | |
| WIP | Echevarria et al. | 0.00 | | |
| Review/analyze time records produced by clubs. | | 0.00 | | |

| Grand Total | | | | |
|---|---|---|---|---|
| | Billable | 38.00 | | 19622.45 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 38.00   35.1 | | 19622.45 |

@375 = 13,162.50

EXHIBIT "A"