UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80770-WPD

AGUSTIN ECHAVARRIA, JOHANNA ALEXANDRA
GARCIA PACHON, CARLOS HIGUERA, WILLIAM
LOPEZ, DAVID DIAZ MENDOZA, MANUEL ANTONIO
PIMENTEL ORTIZ, REYNALDO RAMIREZ, LUIS
RIVERA, YEINSON TORRES, and ISABEL VILLAMIL,
on behalf of themselves and all others similarly situated,

      Plaintiffs,

vs.

AMERICAN VALET PARKING MANAGEMENT, INC.,
a Florida corporation, d/b/a Florida Valet Parking Services,
DIAMOND VALET PARKING, INC., a Florida corporation,
d/b/a Florida Valet Parking, NATIONAL PARKING
MANAGEMENT, INC., d/b/a Florida Valet Parking Services,
PARK U.S. MANAGEMENT, INC., a Florida corporation,
d/b/a Florida Valet Parking, STATEWIDE VALET PARKING
SERVICES, INC., a Florida corporation, d/b/a Florida Valet
Parking Services, VALET ONE PARKING, INC., a Florida
corporation, d/b/a Florida Valet Parking, VALET PARKING
PROFESSIONALS, INC., a Florida corporation, d/b/a Florida
Valet Parking, and JOHN BELLINATO, JR., individually,

      Defendants.

_____/

## ORDER REFERRING MOTION TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the

Southern District of Florida, the Court **REFERS** Plaintiffs' Motion to Enforce Court Order and

Compel Payment of Attorneys' Fees Sanctions and for Expedited Briefing Schedule [DE 223] to

United States Magistrate Judge Lurana S. Snow for appropriate disposition or report and recommendation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of August, 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record