UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80770-WPD (Dimitrouleas/Snow)

AGUSTIN ECHAVARRIA, *et al.*,
on behalf of themselves and all
others similarly situated,

    Plaintiffs,

vs.

AMERICAN VALET PARKING
MANAGEMENT, INC., et al.,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR PRETRIAL CONFERENCE AND REQUEST FOR EXPEDITED RULING

**THIS CAUSE** is before the Court upon Plaintiffs' motion for pretrial conference and request for expedited ruling, and the Court having reviewed the motion and the file in this cause, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' motion for pretrial conference is **GRANTED** as follows: _____

_____

_____.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___ day of _____, 2015.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record