UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80770-WPD (Dimitrouleas/Snow)

AGUSTIN ECHAVARRIA, *et al.*,
on behalf of themselves and all
others similarly situated,

       Plaintiffs,

vs.

AMERICAN VALET PARKING
MANAGEMENT, INC., et al.,

       Defendants.

_____/

**ORDER GRANTING PLAINTIFFS' MOTION TO GRANT BY DEFAULT
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES PURSUANT
TO COURT'S JULY 30, 2015 OMNIBUS ORDER [DE 219]**

      **THIS CAUSE** is before the Court upon Plaintiffs' motion to grant by default Plaintiffs'

motion for attorneys' fees pursuant to Court's July 30, 2015 omnibus order [DE 219], and the

Court having reviewed the motion and the file in this cause, and being otherwise fully advised in

the premises, it is hereby

      **ORDERED AND ADJUDGED** that Plaintiffs' motion to grant by default Plaintiffs' motion

for attorneys' fees pursuant to Court's July 30, 2015 omnibus order [DE 219] is **GRANTED** as

follows: _____

_____.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ____

day of _____, 2015.

                             _____
                             WILLIAM P. DIMITROULEAS
                             UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record