UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80770-WPD (Dimitrouleas/Snow)

AGUSTIN ECHAVARRIA, *et al.*,
on behalf of themselves and all
others similarly situated,

    Plaintiffs,

vs.

AMERICAN VALET PARKING
MANAGEMENT, INC., et al.,

    Defendants.
_____/

**PLAINTIFFS' MOTION TO GRANT BY DEFAULT
PLAINTIFFS' MOTION TO ENFORCE COURT ORDER [DE 221]
AND COMPEL PAYMENT OF ATTORNEYS' FEES SANCTIONS [DE 223]**

Plaintiffs, AUGUSTIN ECHAVARRIA *et al.*, on behalf of themselves and all others similarly situated, by and through undersigned counsel, hereby file their motion to grant by default Plaintiffs' motion to enforce court order [DE 221] and compel payment of attorneys' fees sanctions [DE 223], and as grounds therefor state as follows:

1. On or about August 13, 2015, Plaintiffs filed their motion to enforce court order [DE 221] and compel payment of attorneys' fees sanctions [DE 223].

2. Pursuant to S.D. Fla. L.R. 7.1(c), any party opposing the motion was to have served an opposing memorandum no later than fourteen (14) days after service of the motion.

3. Failure to do so may be deemed sufficient cause for granting the motion by default.

4. None of the Defendants have filed an opposing memorandum nor a request for enlargement of time as of the date of filing of this motion.

5. The time for filing an opposing memorandum has expired.

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court grant by default their motion to enforce court order [DE 221] and compel payment of attorneys' fees sanctions [DE 223], enter an order in accordance therewith and take such further action as it deems just and proper in the premises.

Dated:   August 31, 2015            Respectfully submitted,

*/s Daniel R. Levine*
DANIEL R. LEVINE, ESQ.
Fla. Bar No. 0057861
E-mail:  drlevine@bennardolevine.com
Bennardo Levine, LLP
1860 NW Boca Raton Boulevard
Boca Raton, FL  33432
Telephone:   (561) 392-8074
Facsimile:    (561) 368-6478
Counsel for Plaintiffs
*Via CM/ECF*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Daniel R. Levine*
DANIEL R. LEVINE, ESQ.

## SERVICE LIST

*Agustin Echavarria, et al. v. American Valet Parking Management, Inc., et al.*
Case No. 9:14-cv-80770-WPD (Dimitrouleas/Snow)
United States District Court, Southern District of Florida

| | |
|---|---|
| Daniel R. Levine, Esquire<br>E-Mail:  drlevine@bennardolevine.com<br>Bennardo Levine LLP<br>1860 NW Boca Raton Blvd.<br>Boca Raton, FL  33432<br>Telephone:  (561) 392-8074<br>Facsimile:  (561) 368-6478<br>Counsel for Plaintiffs<br>*Via CM/ECF* | Gary W. Kovacs, Esquire<br>E-Mail:  gkovacs@fwblaw.net<br>Frank Weinberg Black<br>1875 NW Corporate Blvd., Suite 100<br>Boca Raton, FL  33431<br>Telephone:  (561) 989-0700<br>Facsimile:  (954) 474-9850<br>Counsel for Defendants<br>*Via CM/ECF* |