UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80770-WPD (Dimitrouleas/Snow)

AGUSTIN ECHAVARRIA, JOHANNA ALEXANDRA
GARCIA PACHON, CARLOS HIGUERA, WILLIAM
LOPEZ, DAVID DIAZ MENDOZA, MANUEL
ANTONIO PIMENTEL ORTIZ, REYNALDO
RAMIREZ, LUIS RIVERA, YEINSON TORRES,
and ISABEL VILLAMIL, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

vs.

AMERICAN VALET PARKING MANAGEMENT,
INC., a Florida corporation, d/b/a Florida Valet
Parking Services, DIAMOND VALET PARKING,
INC., a Florida corporation, d/b/a Florida Valet
Parking, FLORIDA VALET PARKING SERVICE,
INC., a Florida corporation, NATIONAL PARKING
MANAGEMENT, INC., d/b/a Florida Valet Parking
Services, PARK U.S. MANAGEMENT, INC., a
Florida corporation, d/b/a Florida Valet Parking,
STATEWIDE VALET PARKING SERVICES, INC.,
a Florida corporation, d/b/a Florida Valet Parking
Services, VALET ONE PARKING, INC., a Florida
corporation, d/b/a Florida Valet Parking, VALET
PARKING PROFESSIONALS, INC., a Florida
corporation, d/b/a Florida Valet Parking, JOHN
BELLINATO, JR., individually, ANGELA CEBOTAR,
individually, and JOHN P. KAVEKOS, SR., individually,
and JAVIER REYNOSO, individually,

    Defendants.
_____/

## STIPULATED CONSENT DEFAULT FINAL JUDGMENT

THIS CAUSE is before the Court upon the parties' Joint Motion to Enter Stipulated

Consent Default Final Judgment. Pursuant to Federal Rule of Civil Procedure 58(a), the Court

enters this Stipulated Consent Default Final Judgment.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Final judgment is hereby entered in favor of Plaintiffs, Luis Abedrabbo, Salomon Barraza Caballero, Michael Camacho, Agustin Echavarria, Jorge Raul Garauito, Alexandria Garcia, Carlos Higueras, John Hincapie, Erick Jimenez, William Lopez Omar Mejia, David Diaz Mendoza, Manuel Pimentel, Reynaldo Ramirez, Luis Rivera Cindy Paola Sanchez, Yeinson Torres, Hector David Vargas, and Isabel Villamil, and against Defendants, AMERICAN VALET PARKING MANAGEMENT, INC., a Florida corporation, d/b/a Florida Valet Parking Services, DIAMOND VALET PARKING, INC., a Florida corporation, d/b/a Florida Valet Parking, FLORIDA VALET PARKING SERVICE, INC., a Florida corporation, NATIONAL PARKING MANAGEMENT, INC., d/b/a Florida Valet Parking Services, PARK U.S. MANAGEMENT, INC., a Florida corporation, d/b/a Florida Valet Parking, STATEWIDE VALET PARKING SERVICES, INC., a Florida corporation, d/b/a Florida Valet Parking Services, VALET ONE PARKING, INC., a Florida corporation, d/b/a Florida Valet Parking, VALET PARKING PROFESSIONALS, INC., a Florida corporation, d/b/a Florida Valet Parking, JOHN BELLINATO, JR., individually, ANGELA CEBOTAR, individually, and JOHN P. KAVEKOS, SR., individually, and JAVIER REYNOSO, individually, jointly and severally, for the total sum of $160,000.00, for all of which let execution issue forthwith.

2. Of the $160,000.00 total sum of this Stipulated Final Judgment, $80,000.00 shall constitute unpaid overtime wages and liquidated damages due to the Plaintiffs and $80,000.00 shall constitute costs and expenses, including reasonable attorneys' fees, the

amount of which was negotiated separate and apart from the wages and damages due Plaintiffs.  Additionally, of the $80,000.00 designated as costs and expenses, including reasonable attorneys' fees, $20,000.00 is hereby specifically designated as a sanction against the Defendants, incorporating the previous sanctions orders against the Defendants, awarding Plaintiffs attorneys fees and costs.  Plaintiffs shall be entitled to file appropriate enforcement motions, such as civil contempt, with regard to the failure to pay the $20,000.00 designated as sanctions by September 11, 2015.

3. Plaintiffs shall be entitled to additional costs and expenses, including reasonable attorneys' fees, against the Defendants, jointly and severally, in connection with any post-judgment collection proceedings.

4. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida, this 8th day of September, 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

Park U.S. Management, Inc.
7050 W. Palmetto Park Rd.
# 15-804
Boca Raton, FL 33433